**ORDER:**
Motion granted.

*E. Clifton Knowles*
U.S. Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| STATE FARM FIRE AND CASUALTY COMPANY, </br></br> Plaintiff, </br></br> v. </br></br> ROBERT L. TRENTHAM, </br> REBECCA P. TRENTHAM, </br> EUGENE W. DUPONT, IV, and </br> JEFFREY A. BUSH, as Successor Trustee </br> of the Trust created pursuant to THE LAND TRUST AGREEMENT NO. 0108FL DATED APRIL 9, 2008, </br></br> Defendants. | Case No. 3:12-cv-1150 </br></br> Judge Campbell </br> Magistrate Judge Knowles |

### MOTION TO SUBSTITUTE EUGENE V. DUPONT, IV AS SUCCESSOR TRUSTEE

Plaintiff State Farm Fire and Casualty Company ("State Farm") moves the Court for leave to substitute Defendant Eugene V. DuPont, IV in place of Defendant Jeffrey A. Bush as Successor Trustee of the Trust created pursuant to the Trust Agreement No. 0108FL dated April 9, 2008. State Farm has learned that Mr. DuPont is currently the Successor Trustee and is named as such in the underlying lawsuit in Florida referenced in State Farm's Complaint for Declaratory Judgment. State Farm counsel has conferred with counsel for Defendants Robert L. Trentham and Rebecca P. Trentham, who are the only defendants to have appeared in this matter, and the Trenthams have no objection to the substitution.